IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| BEVERLY McCLENDON and | ) | |
| BEVERLY McCLENDON as Next | ) | |
| Friend of the minor child, | ) | |
| JEWEL CIERA WASHINGTON, | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action File No. |
| vs. | ) | 1:10-cv-03254-CAP |
| | ) | |
| WARNER BROS. | ) | |
| ENTERTAINMENT INC., | ) | |
| TYRA BANKS, BENNY | ) | |
| MEDINA, KERRIE MORIARTY, | ) | |
| and JOHN REDMANN, | ) | |
| Defendants. | ) | |

## PROPOSED CONSENT ORDER

WHEREAS, on October 8, 2010, Plaintiffs filed the above-referenced action for invasion of privacy and negligence;

WHEREAS, the parties have cooperated in discovery during the discovery period, which is scheduled to end on June 22, 2011;

WHEREAS, the parties agree that discovery is not complete and additional deposition discovery, including several out-of-state depositions, are among the discovery still needed to complete the discovery process;

WHEREAS, before undertaking such additional discovery, the parties agree that it would be worthwhile to participate in a mediation for the purpose of attempting to resolve the action; and,

WHEREAS, the parties mutually consent to and request that: (1) the case be stayed for 60 days to undertake mediation, and (2) in the event mediation is unsuccessful, discovery be continued for 60 days in order to complete discovery.

IT IS HEREBY ORDERED:

(1)   That discovery in this case will be stayed for 60 days from June 22 to August 21, 2011 to permit the parties to participate in mediation; and

(2)   That, in the even mediation is unsuccessful in resolving the case, discovery will be continued for 60 days from August 22 to October 24, 2011.

SO ORDERED, this \_\_\_\_ day of June, 2011.

_____
Hon. Charles A. Pannell, Jr.
United States District Court Judge
Northern District of Georgia

CONSENTED TO this 14th day of June, 2011.

Respectfully submitted,

| | |
|---|---|
| s/ George O. Lawson, Jr.<br>Georgia O. Lawson, Jr.<br>  Georgia Bar No. 440200<br>  lawson.thornton@ltlawfirm.net<br><br>Wanda S. Jackson<br>  Georgia Bar No. 387955<br>  wandajackson@yahoo.com<br><br>3800 Camp Creek Parkway<br>Bldg 1200, Suite 150<br>Atlanta, GA 30331<br><br>Attorneys for Plaintiffs | s/ Thomas M. Clyde<br>Thomas M. Clyde<br>  Georgia Bar No. 170955<br>  tclyde@dowlohnes.com<br><br>Marcia Bull Stadeker<br>  Georgia Bar No. 673893<br>  mstadeker@dowlohnes.com<br><br>Dow Lohnes PLLC<br>Six Concourse Parkway, Suite 1800<br>Atlanta, Georgia 30328-6117<br>(770) 901-8800 (phone)<br>(770) 901-8874 (fax)<br><br>Attorneys for Defendants<br>Warner Bros. Entertainment Inc.<br>and Tyra Banks |

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day filed the foregoing Consent Order with the Court using the CM/ECF system, which will send electronic notice of same to the below-listed counsel of record:

Wanda S. Jackson
3800 Camp Creek Parkway
Bldg 1200, Suite 150
Atlanta, GA 30331

Georgia O. Lawson, Jr.
3800 Camp Creek Parkway
Bldg 1200, Suite 150
Atlanta, GA 30331

s/ Thomas M. Clyde
Thomas M. Clyde
Georgia Bar No. 170955
Dow Lohnes PLLC
Six Concourse Parkway
Atlanta, Georgia 30328-6117
(770) 901-8800 (phone)
(770) 901-8874 (fax)
tclyde@dowlohnes.com