IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| BEVERLY McCLENDON, And<br>BEVERLY McCLENDON As Next<br>Of Friend of the minor child,<br>JEWEL CIERA WASHINGTON,<br>　　　Plaintiffs, | :<br>:<br>:<br>:<br>:<br>: | |
| Vs. | : | Civil Action |
| | : | File No.:  1:10-cv-03254-CAP |
| WARNER BROS. ENTERTAINMENT,<br>INC., TYRA BANKS, BENNY<br>MEDINA, KERRIE MORIARTY,<br>And JOHN REDMANN,<br>　　　Defendants. | :<br>:<br>:<br>:<br>: | |

## DECLARATION OF TECHNICAL DIFFICULTIES

Please take notice that the Plaintiffs' Beverly McClendon and Beverly McClendon as Next of Friend was unable to file Plaintiffs response to Defendants' motion for summary judgment in a timely manner due to technical difficulties. The deadline for filing the response was January 3, 2012.  The reason that I was unable to file the document in a timely manner was because the Court's server was down.  The server went down some time on January 3, 2012.  I attempted to file documents at approximately 11:35 p.m. on January 3, 2012.  The server was not operational again until sometime after 9:35 a.m. on January 4, 2012.  The technical issue was confirmed by Court personnel at 9:35 a.m. on January 4, 2012.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

        **s/WANDA S. JACKSON, ESQ.**
        GA BAR NO.:  387955
        ATTORNEY FOR BEVERLY
        McCLENDON and BEVERLY
        McCLENDON as Next Of Friend
        Of the minor child, JEWEL CIERA
        WASHINGTON
        WANDA S. JACKSON, P.C.
        3800 CAMP CREEK PARKWAY
        BLDG 1200, STE 150
        ATLANTA, GA  30331
        Telephone:  (404) 344-4421
        Email:  wandasjackson@yahoo.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| BEVERLY McCLENDON, And | : | |
| BEVERLY McCLENDON As Next | : | |
| Of Friend of the minor child, | : | |
| JEWEL CIERA WASHINGTON, | : | |
| Plaintiffs, | : | |
| | : | |
| Vs. | : | Civil Action |
| | : | File No.:  1:10-cv-03254-CAP |
| WARNER BROS. ENTERTAINMENT, | : | |
| INC., TYRA BANKS, BENNY | : | |
| MEDINA, KERRIE MORIARTY, | : | |
| And JOHN REDMANN, | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this day, January 5, 2012, I have electronically filed Plaintiffs' Declaration Of Technical Difficulties with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys record:

1. Thomas M. Clyde

2. Marcia Bull Stadeker

**s/WANDA S. JACKSON, ESQ.**
GA BAR NO.:  387955
ATTORNEY FOR BEVERLY
McCLENDON and BEVERLY
McCLENDON as Next Of Friend
Of the minor child, JEWEL CIERA

WASHINGTON
WANDA S. JACKSON, P.C.
3800 CAMP CREEK PARKWAY
BLDG 1200, STE 150
ATLANTA, GA  30331
Telephone:  (404) 344-4421
Email:  wandasjackson@yahoo.com